UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZACHARY THAYER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>　　　　Defendants. | Case No. 23-cv-02305-HSG<br><br>**ORDER TERMINATING AS MOOT MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS**<br><br>Re: Dkt. No. 16 |

Plaintiff Zachary Thayer filed a motion for leave to proceed in forma pauperis on appeal. Dkt. No. 16. The Ninth Circuit has recently dismissed Mr. Thayer's appeal for lack of jurisdiction. *See* Dkt. No. 18. The Court therefore **TERMINATES AS MOOT** the motion for leave to proceed in forma pauperis.

**IT IS SO ORDERED.**

Dated: 7/25/2024

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　United States District Judge